# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TONI ANDERSSON,<br><br>    Defendant/Judgment Debtor,<br><br>  v.<br><br>NATIONWIDE TRUST COMPANY,<br><br>    Garnishee. | Case No. MC19-0154RSL<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Toni Andersson, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Nationwide Trust Company. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on November 12, 2019. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

1     Dated this 15th day of November, 2019.

                                      _/s/ Robert S. Lasnik_
                                      Robert S. Lasnik
                                      United States District Judge